In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (No. 101.) (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, etc., as to lands claimed to be owned by the George Urban Milling Company and others. No opinion. Motion granted for leave to add to record on appeal certain documents, maps, papers, and proceedings, with leave to appellants to so add like records, etc., and argument postponed until opening of November term.

---

GRAF et al., Respondents, v. BONWIT REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Joseph L. Graf and another against the Bonwit Realty Company and another. C. Meyers, of New York City, for appellants. A. B. Hyman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re GREENBERG. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Louis Greenberg. No opinion. Motion granted, with $10 costs. Order filed.

---

GREENE, Respondent, v. WADDINGTON, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by G. Douglass Greene against Francis Waddington, impleaded. C. S. Aronstam, of New York City, for appellant. J. G. Deane, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 N. Y. Supp. 1118.

---

GREMS, Respondent, v. TRAVER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Georgia A. Grems against C. Le Roy Traver, as trustee in bankruptcy of Harry B. Grems, impleaded, etc.

PER CURIAM. Judgment (148 N. Y. Supp. 200) affirmed, with costs.

FOOTE, J., dissents, upon the ground that the evidence is not sufficient to sustain the finding of an executed gift of the $2,000 policy.

---

GRIDLEY, Respondent, v. STODDARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Lewis G. Gridley against Charles Stoddard. No opinion. Judgment and order affirmed, with costs. See, also, 158 App. Div. 890, 143 N. Y. Supp. 1119.

---

GRIFFING, Respondent, v. VANDERBILT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Timothy M. Griffing against Edward Ward Vanderbilt and another. No opinion. Judgment of the County Court of Suffolk County affirmed, with costs. See, also, 161 App. Div. 946, 146 N. Y. Supp. 1092.

---

GURSKY v. BLAIR et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Simon Gursky against Frank W. Blair and others. No opinion. Motion granted. Plaintiff stayed until 10 days after determination of appeal herein. Settle order on notice.

---

HAAS v. WHITNEY et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Joseph M. Haas against Patrick A. Whitney and others. No opinion. Motion granted, with $10 costs. Order filed.

---

HALFMOON BRIDGE CO. v. CANAL BOARD et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Halfmoon Bridge Company against the Canal Board and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Had the court at Special Term power to require as a condition the payment of the extra allowance specified in the order? For former decision, see 163 App. Div. 76, 148 N. Y. Supp. 531.

---

HALL et al. v. GARFINKEL (ROSING, Intervener). (No. 6325.) (Supreme Court, Appellate Division, First Department. October 30, 1914.) Appeal from Special Term, New York County. Action by Joseph Hall and others against Morris Garfinkel. From an order denying the motion of David Rosing to intervene, he appeals. Reversed. A. H. Townley, of New York City, for appellant. Clinton H. Blake, Jr., of New York City, for respondent.

PER CURIAM. Upon the moving papers the intervening party shows such an interest in the property which is the subject-matter of the action as entitles him to an opportunity to prove his title thereto, and for that reason he should be made a party to the action. The order appealed from should be reversed, with $10 costs and disbursements, and the motion granted.

---

HALL, Respondent, v. WAINWRIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Byron Hall against William Wainwright. No opinion. Judgment and order affirmed, with costs.